# EXHIBIT 2

NEWPORT HARBOR SHIPYARD
151 SHIPYARD WAY, SUITE 5
NEWPORT BEACH, CA 92663
(949) 723-6800

INVOICE
Printed Date : 02/23/16

W/O Number : 511832  Internal Page: 1
Customer # : 09418
Start Date : 02/02/16
Complete   : 02/23/16
Written by : Debbie Perches
Invoice No : 924112
Boat Name  : OUR TIME
Boat Make  : HYLAS
Boat Model :
Boat Length: 63'

Kirk Mellecker
3661 Solamer Dr.
Park City, UT 84060

| Type | | | Quantity | Each | Price |
|---|---|---|---|---|---|
| 01-A | R | | | | |
| | Ft, Haul and Launch for Yard Work - No Charge | | 0ft | 16.50 | 0.00 |
| | | | | Labor : | 0.00 |
| | | | | Parts : | 0.00 |
| | | | | Operation | 0.00 |

| Type | | | Quantity | Each | Price |
|---|---|---|---|---|---|
| 02-C | R | | | | |
| | Remove bottom paint apply epoxy system and 2 coats bottom paint. | | | | |
| | | Labor | 140.68 | 95.00 | 11,536.52 |
| | -- Part # --------- Description -- | | | | |
| | 14073 | Latex Gloves | 20.00 | 0.75 | 15.00 |
| | 14032 | SPRAY MASK | 10.00 | 2.63 | 26.30 |
| | 18093 | 80-PROD-SHEET (100 BX) EA. | 3.00 | 1.31 | 3.93 |
| | 14076 | XXLGEA/PAINT SUIT | 9.00 | 13.38 | 120.42 |
| | 18049 | #2040 2 MSKING TAPE EA | 2.00 | 14.99 | 29.98 |
| | 62071 | DIAPERS - EACH | 1.00 | 2.59 | 2.59 |
| | 14192 | VAPR CARTRGE F/6000 PR | 2.00 | 19.99 | 39.98 |
| | 14196 | Prefilter 6000 EA | 4.00 | 2.75 | 11.00 |
| | 14195 | PRE-FILTER RETAIN F/6000 | 2.00 | 2.49 | 4.98 |
| | 62034 | S/BRTE GENL PURPPAD-EA. | 2.00 | 1.83 | 3.66 |
| | 18052 | #218 1 FINE LINE TAPE (RL) | 1.00 | 29.51 | 29.51 |
| | 14072 | DISPOSABLE TRAY | 5.00 | 1.45 | 7.25 |
| | 18071 | #60F STIKIT 6 DISC EA | 5.00 | 2.72 | 13.60 |
| | 42864 | DISC HOOKIT CLEAN 6" X P60 | 48.00 | 3.51 | 168.48 |
| | 14232 | H/Q PAINT REMVR-5 GA. | 2.50 | 196.50 | 491.25 |
| | 14149 | 48 CORR. CARDBOARD | 181.00 | 0.41 | 74.21 |
| | 62068 | HAND TOWEL - EACH | 6.00 | 1.55 | 9.30 |

NEWPORT HARBOR SHIPYARD
151 SHIPYARD WAY, SUITE 5
NEWPORT BEACH, CA 92663
(949) 723-6800

I N V O I C E
Printed Date : 02/23/16

W/O Number : 511832   Internal Page: 2
Customer #  : 09418
Start Date  : 02/02/16
Complete    : 02/23/16
Written by  : Debbie Perches
Invoice No  : 924112
Boat Name   : OUR TIME
Boat Make   : HYLAS
Boat Model  :
Boat Length : 63'

Kirk Mellecker
3661 Solamer Dr.
Park City, UT 84060

| | | | | | |
|---|---|---|---|---|---|
| 45865 | RECYCLED SOLVENTS FROM DRUM | 8.00 | | 5.99 | 47.92 |
| 45823 | Disc 6" 150 clean | 2.00 | | 1.40 | 2.80 |
| 18120 | RESP CLEANING WIPE - EA. | 1.00 | | 0.56 | 0.56 |
| 45820 | Disc-Kkit Clean 6"x 80 | 20.00 | | 1.68 | 33.60 |
| 14138 | Lens Cover | 1.00 | | 2.15 | 2.15 |
| 18180 | 40E 6 STIKIT PROD DISCS | 25.00 | | 2.34 | 58.50 |
| 46512 | DISC HKIT CLEAN 60 G | 25.00 | | 3.23 | 80.75 |
| 45826 | P280 CleanSand | 10.00 | | 1.51 | 15.10 |
| 14029 | PAPER PAIL-5 QT. | 3.00 | | 4.63 | 13.89 |
| 62073 | RAGS - EACH | 5.00 | | 0.78 | 3.90 |
| 18096 | 36E 6 STKIT PROD DISC R/B | 1.00 | | 3.30 | 3.30 |
| 46574 | AWLFAIR FAST CONVERTER 2GA | 1.00 | | 382.64 | 382.64 |
| 45799 | AWLFAIR fast Converter | 1.00 | | 63.82 | 63.82 |
| 45468 | PROL-Y3062-G | 1.00 | | 215.00 | 215.00 |
| 18017 | 6 100A GLD-STKT-DISC | 1.00 | | 0.97 | 0.97 |
| 14020 | 9 x 1/4 MOHAIR-ROLLER | 4.00 | | 5.25 | 21.00 |
| 10026 | B90 Gal Pettit (RED) VOC | 5.00 | | 279.99 | 1,399.95 |
| 66013 | RAZOR BLADES-EA | 2.00 | | 0.29 | 0.58 |
| 46815 | VOC FREE THINNER 120VOC | 2.00 | | 31.89 | 63.78 |
| 14006 | 2 1/2-THROW AWAY BRUSH | 1.00 | | 1.83 | 1.83 |

==============

Labor :   11,536.52
Parts :    3,463.48

Operation  15,000.00

| Type | | Quantity | Each | Price |
|---|---|---|---|---|
| 04-E | I | | | |
| | Paint repairs to starboard bow - No Charge | 0.00 | | |

NEWPORT HARBOR SHIPYARD  
151 SHIPYARD WAY, SUITE 5  
NEWPORT BEACH, CA 92663  
(949) 723-6800

I N V O I C E  
Printed Date : 02/23/16

W/O Number : 511832   Internal Page: 3  
Customer # : 09418  
Start Date : 02/02/16  
Complete   : 02/23/16  
Written by : Debbie Perches  
Invoice No : 924112  
Boat Name  : OUR TIME  
Boat Make  : HYLAS  
Boat Model :  
Boat Length: 63'

Kirk Mellecker  
3661 Solamer Dr.  
Park City, UT 84060

WORK ORDER PRICE SUMMARY  
-------------------------

| | | |
|---|---|---|
| Total Parts | : | 3,463.48 |
| Total Labor | : | 11,536.52 |
| Miscellaneous Supplies | : | 0.00 |
| Equipment Charges | : | 0.00 |
| Shop/Enviro Fees | : | 103.90 |
| Sales Tax | : | 208.62 |
| | | ============ |
| Total Work Order | : | 15,312.52 |