# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| KIRK D. MELLECKER and DIANE L. MELLECKER<br>Plaintiffs<br><br>vs.<br><br>HYLAS YACHTS, INC.<br>Defendants | 2:16-cv-00321-RJS-DBP |

**STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. PRO 41(a)(1)(A)(ii)**

Now come PLANTIFFS Kirk D. Mellecker, Diane L. Mellecker, and DEFENDANT Hylas Yachts, Inc., and hereby stipulate pursuant to Fed. R. Civ. Pro 41(a)(1)(A)(ii) to dismiss this cause of action, with prejudice, all costs, and fees, including attorney's fees to be borne by each of the parties, all appeals waived, dismissal to enter forthwith.

Kirk Mellecker and Diane L. Mellecker
By their counsel,

/s/ *Jeffrey T. Colemere*
_____
Jeffrey T. Colemere, Esquire
Colemere Gibbs and Stout PLLC
Ken Garff Building
405 South Main Street, Suite 900
Salt Lake City, Utah 84111
Main: 801-364-4040
Email: jeff@cgsutahlaw.com


Hylas Yachts Inc., by


__/s/ *Mark F. James*_____
Jeffrey S. Bsaker, Esquire
Baker and Associates
2 W Hill Pl
Boston MA 02114
Bakerlaw@aol.com
617 573 9505
Attorneys for Hylas Yachts, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on November 16, 2016, I caused a true and correct copy of the foregoing to be served by ECF service to all of the counsel of record:


/s/ Jeffrey T. Colemere